ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 30 2011
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 30 2011
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

JS-6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

MARK F. SHEHATA,

    Petitioner,

v.

MATTHEW CATE,

    Respondent.

Case No. CV 11-1091-RGK (MLG)

JUDGMENT

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: June 30, 2011

R. Gary Klausner
United States District Judge